UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHERYL ANN JONES, #231789,

    Petitioner,

v.                                                Case No. 19-13731

SHAWN BREWER,

    Respondent.
_____/

**OPINION AND ORDER DENYING MOTION
FOR A CERTIFICATE OF APPEALABILITY**

      Currently before the court is the pro se motion of Petitioner Cheryl Ann Jones for a certificate of appealability concerning the court's March 12, 2020 opinion and order dismissing her habeas petition as untimely under the one-year statute of limitations. In that order, the court specifically declined to issue a certificate of appealability. (ECF No. 7, PageID.121.) A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *Indah v. U.S. Sec. & Exch. Comm'n*, 661 F.3d 914, 924 (6th Cir. 2011). Such is the case here; Petitioner's motion simply rehashes her earlier arguments. Petitioner fails to meet her burden of showing a palpable defect by which the court has been misled or that a different disposition must result from a correction thereof. E.D. Mich. LR 7.1(h)(3).

      IT IS ORDERED that Petitioner's motion for a certificate of appealability (ECF No. 9) is DENIED. This case remains closed.

                                              s/Robert H. Cleland          /
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: May 6, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 6, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner                /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\HEK\Staff Attorney\19-13731.JONES.deny.COA.CTB.HEK.docx